PROB 12B
(7/93)

# United States District Court

### for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Israel Barreto

Cr.: 07-CR177
PACTS Number: 47596

Name of Sentencing Judicial Officer: Peter G. Sheridan

Date of Original Sentence: 07/08/08

Original Offense: Conspiray to Commit Bank Fraud

Original Sentence: 12 months, 1 day imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/12/09

### PETITIONING THE COURT

[  ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The offender shall pay the Court Imposed fine of $356,217.07 at the rate of $250.00 per month.

### CAUSE

An evaluation of the offender's finances has determined that he does not have the ability to pay the Court ordered $500.00 monthly installment towards his restitution.  The offender, however, has the ability to pay $250.00 per month.

Respectfully submitted,

By:  Norma de Armas
U.S. Probation Officer
Date: November 1, 2009

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[  ] The Extension of Supervision as Noted Above
[  ] No Action
[  ] Other

Signature of Judicial Officer

Date

PROB 49
(NYEP-8/1/07)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

*The offender shall make monthly restitution payments in the amount of $250.*

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

8/11/09
Date